

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-10-22_

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Christian Lora**, 13 Cr. 811-9 (ALC)

Dear Judge Carter:

The parties respectfully write to request the adjournment of the violation of supervised release conference in this matter, which, the Probation Office has informed the parties, is currently scheduled for November 10, 2022. The violation specifications are based on a new federal arrest, under docket number 22 Mag. 8219, for which the parties are discussing a potential resolution. Subject to the Court's approval, the parties believe that the most appropriate course is to defer proceeding on the violation until the parties have had the opportunity to work to resolve the underlying charges. The Probation Office agrees with this approach.

Accordingly, the parties respectfully request that the violation proceeding be adjourned until the week of January 16 or later.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

*The application is granted. The violation of supervised release hearing is adjourned to 2-7-23 at 12 p.m. So Ordered.*

*/s/ Andrew L. Carter*
*11-10-22*

cc (by ECF):   Lawrence Gerschwer, Esq.
               Robert Baehr, Esq.
               U.S. Probation Officer Larren P. Riley Jr.