U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/6/23__

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: **United States v. Christian Lora**, 13 Cr. 811-9 (ALC)

Dear Judge Carter:

The parties respectfully write to request the adjournment of the initial appearance in the above-captioned violation of supervised release, which is scheduled for April 11, 2023. As the parties noted in their last adjournment letter (ECF No. 797), the violation specifications are based on a new federal arrest, under docket number 22 Cr. 595 (VM). On March 15, 2023, the defendant appeared before Magistrate Judge Katharine H. Parker, waived indictment, and was arraigned on a one-count information charging him with substantive Hobbs Act robbery. The parties have scheduled a change-of-plea hearing before Judge Parker (to whom the proceeding was referred by Judge Marrero) for April 21, 2023.

The Government understands that, after the defendant's plea, the defendant is likely to admit to the violation of supervised release and ask that sentencing for the violation and the new criminal case be consolidated. Accordingly, the parties respectfully request that the April 11, 2023 status conference be adjourned until a date in May.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

The application is **GRANTED**. The violation of supervised release hearing is adjourned to 5/18/23 at 12:30 p.m. So Ordered.

*/s/ Andrew L. Carter* 4/6/23

cc (by ECF):  Lawrence Gerschwer, Esq. and Robert Baehr, Esq.
U.S. Probation Officer Larren P. Riley Jr.