```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES,

- against -

CHRISTIAN LORA,

Defendant.

---

22-CR-0595-2
13-CR-811-9

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a sentencing in these matters for Friday, August 25, 2023, at 1:00 PM. Additionally, the Court Clerk is respectfully directed to terminate Dkt. No. 31 in 22-cr-0595-2 and Dkt. No. 803 in 13-cr-0811-9 as resolved.

**SO ORDERED.**

Dated:    19 May, 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.