**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023
```

UNITED STATES,

          - against -

CHRISTIAN LORA,

                 Defendant.

**22-CR-0595-2/13-CR-0811-9 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby reschedules the sentencing of defendant Christian Lora from Friday, August 25, 2023 at 1:00 PM to Friday, November 3, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    21 July 2023
              New York, New York

_____
Victor Marrero
U.S.D.J.