UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____ │
│ DATE FILED: 10/31/23        │
└─────────────────────────────┘
```

UNITED STATES,

        – against –

CHRISTIAN LORA,

        Defendant.

13 Cr. 0811 (VM)
22 Cr. 0595 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Having granted an adjournment of sentencing in United States v. Lora, 22 Cr. 0595, to January 19, 2024, at 1 p.m. (see Dkt. No. 61), the Court likewise adjourns the sentencing in United States v. Lora, 13 Cr. 0811, from November 3, 2023, at 1 p.m. to January 19, 2024, at 1 p.m.

**SO ORDERED.**

Dated:    31 October 2023
        New York, New York

                               Victor Marrero
                                 U.S.D.J.